# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                                                 Case No. 17-33419-WRS
                                                                                                                    Chapter 13

Prencilla Jones,

      Debtor.

## ORDER DENYING CONFIRMATION
## AND DISMISSING BANKRUPTCY CASE

The chapter 13 plan filed by the debtor came on for confirmation hearing on February 26, 2018. For the reasons stated in open court, it is

ORDERED that the Trustee's Objection to Confirmation is sustained, confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED. It is

FURTHER ORDERED that the chapter 13 trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

Done this 1st day of March, 2018.

                                                                D. Sims Crawford
                                                                 United States Bankruptcy Judge

c:     Debtor
        Richard D. Shinbaum, Attorney for Debtor
        Sabrina L. McKinney, Trustee
        All Creditors